ROBERT S. BOULTER (SB NO. 153549)
rsb@lb-attorneys.com
PETER C. LAGARIAS (SB NO. 77091)
pcl@lb-attorneys.com
LAGARIAS & BOULTER, LLP
1629 Fifth Ave.
San Rafael, CA 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON DESIGN ASSOCIATES, INC., a California corporation and SHARYN JOHNSON, an individual<br>    Plaintiff(s),<br>v.<br>DUX INTERIORS, INC., a New York corporation, BO GUSTAFSSON, andividual<br>    Defendant(s). | No. C V 07 5754 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: November 26, 2007 _____    Signature _____

Counsel for Plaintiff _____
(Plaintiff, Defendant, or indicate "pro se")