**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNSON DESIGN ASSOCIATES,

        Plainitff(s),

    v.

DUX  INTERIORS, INC.,

        Defendant(s).

_____/

No.  C 07-05754 JCS

NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED STATES
DISTRICT JUDGE

     The Clerk of this Court will now randomly reassign this case to a United States District Judge because:

    [X]    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

    []    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated:  November 27, 2007

                Richard W. Wieking, Clerk
                United States District Court

                *Karen L. Hom*

                By: Karen L. Hom
                Courtroom Deputy

cc:  Intake