| | |
|---|---|
| 1 | STEPHEN S. WALTERS (BAR NO. 54746) |
| | MARK J. SEIFERT (BAR NO. 217054) |
| 2 | ALLEN MATKINS LECK GAMBLE |
| |   MALLORY & NATSIS LLP |
| 3 | Three Embarcadero Center, 12th Floor |
| | San Francisco, CA 94111-4074 |
| 4 | Phone: (415) 837-1515 |
| | Fax: (415) 837-1516 |
| 5 | E-Mail: swalters@allenmatkins.com |
| |        mseifert@allenmatkins.com |

Attorneys for Defendants
DUX INTERIORS, INC. and
BO GUSTAFSSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNSON DESIGN ASSOCIATES, INC., a California corporation, and SHARYN JOHNSON, an individual,<br><br>          Plaintiffs,<br><br>    v.<br><br>DUX INTERIORS, INC., a New York corporation, and BO GUSTAFSSON, an individual,<br><br>          Defendants. | Case No. C07-05754 MMC<br><br>DECLARATION OF BO GUSTAFSSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT<br><br>Date: January 18, 2008<br>Time: 9:00 a.m.<br>Place: 450 Golden Gate Avenue<br>       San Francisco, California<br>       Courtroom 7<br>Judge: Hon. Maxine M. Chesney |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

727877.01/SF

Case No. C07-05754 MMC
Declaration of Bo Gustafsson in Support of
Defendants' Motion to Dismiss Complaint

## DECLARATION OF BO GUSTAFSSON

I, Bo Gustafsson, declare as follows:

1. I make this declaration in support of Defendants' Motion to Dismiss Complaint in the above-captioned action. I have personal knowledge of the facts set forth below and if called as a witness could and would testify competently thereto.

2. I am a defendant in this action. I am the President of Dux Interiors, Inc. ("Dux"), which is also a defendant in this action. On or about March 8, 1991, Dux entered into a License and Marketing Agreement ("License Agreement") with Johnson Design Associates, Inc., which is a plaintiff in this action. A true and correct copy of the License Agreement is attached hereto as Exhibit A.

3. On October 12, 2007, I sent a notice to Sharyn Johnson of Johnson Design Associates, Inc. Ms. Johnson is a plaintiff in this action. A true and correct copy of the October 12, 2007 notice is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2007, at New York, New York.

_____
Bo Gustafsson

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

727877.01/SF

Case No. C07-05754 MMC
Declaration of Bo Gustafsson in Support of
Defendants' Motion to Dismiss Complaint