STEPHEN S. WALTERS (BAR NO. 54746)
MARK J. SEIFERT (BAR NO. 217054)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  swalters@allenmatkins.com
         mseifert@allenmatkins.com

Attorneys for Defendants
DUX INTERIORS, INC. and
BO GUSTAFSSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNSON DESIGN ASSOCIATES, INC., a California corporation, and SHARYN JOHNSON, an individual,<br><br>            Plaintiffs,<br><br>       v.<br><br>DUX INTERIORS, INC., a New York corporation, and BO GUSTAFSSON, an individual,<br><br>            Defendants. | Case No. C07-05754 MMC<br><br>DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16<br><br>Judge:   Hon. Maxine M. Chesney |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

728005.01/SF

Case No.  C07-05754 MMC
Defendants' Certificate of Interested Entities or
Persons Pursuant to Local Rule 3-16

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Dux North America, Inc. (which is the parent of Dux Interiors, Inc., and which in turn is privately held by persons or entities located outside of the United States) and Dux West Interiors, Inc. (which is also owned by Dux North America, Inc.).

Dated:  December 7, 2007

Respectfully submitted

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
STEPHEN S. WALTERS
MARK J. SEIFERT

By:  _____/s/_____
    MARK J. SEIFERT
    Attorneys for Defendants
    DUX INTERIORS, INC. and
    BO GUSTAFSSON

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

728005.01/SF

Case No.  C07-05754 MMC
Defendants' Certificate of Interested Entities or
Persons Pursuant to Local Rule 3-16