ROBERT S. BOULTER (SB NO. 153549)
rsb@lb-attorneys.com
PETER C. LAGARIAS (SB NO 77091)
pcl@lb-attorneys.com
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON DESIGN ASSOCIATES, INC., et al. | Case No.: 3:07-CV-05754-MMC |
| Plaintiffs, | |
| v. | PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16 |
| DUX INTERIORS, INC., et al. | |
| Defendants. | |
| | Judge: Hon. Maxine M. Chesney |

1
Plaintiffs' Certificate of Interested Entities or Persons Case No. C07-05754 MMC

## **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: 1) Johnson Design Associates, Inc. which is privately held by 100 percent plaintiff Sharyn Johnson and 2) plaintiff Sharyn Johnson , and individual.

DATED:  December 7, 2007            LAGARIAS & BOULTER, LLP

                                                         /s/  Robert S. Boulter

                                            Robert S. Boulter
                                            Attorneys for Plaintiffs