1  STEPHEN S. WALTERS (BAR NO. 54746)
   MARK J. SEIFERT (BAR NO. 217054)
2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail:  swalters@allenmatkins.com
             mseifert@allenmatkins.com
6
   Attorneys for Defendants
7  DUX INTERIORS, INC. and
   BO GUSTAFSSON
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNSON DESIGN ASSOCIATES, INC., a California corporation, and SHARYN JOHNSON, an individual,<br><br>            Plaintiffs,<br><br>      v.<br><br>DUX INTERIORS, INC., a New York corporation, and BO GUSTAFSSON, an individual,<br><br>            Defendants. | Case No. C07-05754 MMC<br><br>SUPPLEMENTAL DECLARATION OF BO GUSTAFSSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT<br><br>Date:   January 18, 2008<br>Time:   9:00 a.m.<br>Place:  450 Golden Gate Avenue<br>        San Francisco, California<br>        Courtroom 7<br>Judge:  Hon. Maxine M. Chesney |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

729795.01/SF

Case No.  C07-05754 MMC
Supplemental Declaration of Bo Gustafsson in
Support of Defendants' Motion to Dismiss

## SUPPLEMENTAL DECLARATION OF BO GUSTAFSSON

I, Bo Gustafsson, declare as follows:

1. I make this supplemental declaration in support of Defendants' Motion to Dismiss Complaint in the above-captioned action. I have personal knowledge of the facts set forth below and if called as a witness could and would testify competently thereto.

2. I have reviewed the advertisement that appears as Exhibit B to Plaintiffs' opposition to Defendants' Motion to Dismiss Complaint. That advertisement was printed by Quintess (or at its direction). Quintess is a Dux marketing partner. The advertisement was not printed by Dux. When the advertisement was received, reviewed and approved by Dux before it was printed by Quintess, Dux specifically instructed Quintess to include the "®" symbol. The Quintess advertisement was not a general mailing but was restricted to a discrete group of persons who had already purchased Dux beds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2008, at New York, New York.

_____
Bo Gustafsson

LAW OFFICES
Jlen Matkins Leck Gamble
Mallory & Natsis LLP

729795.01/SF

Case No. C07-05754 MMC
Supplemental Declaration of Bo Gustafsson in
Support of Defendants' Motion to Dismiss