IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNSON DESIGN ASSOCIATES, INC., et al.,

    Plaintiffs,

  v.

DUX INTERIORS, INC., et al.,

    Defendants

No. C-07-5754 MMC

**ORDER OF REFERENCE**

It is HEREBY ORDERED that defendants' Motion to Dismiss Complaint is referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California, to be heard and considered at the convenience of his calendar.

Counsel will be advised of the date, time and place of the hearing on said motion by notice from Judge Nielsen's chambers. The January 18, 2008 hearing before the undersigned is vacated.

**IT IS SO ORDERED.**

Dated: January 15, 2008

                          MAXINE M. CHESNEY
                          United States District Judge