UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHNSON DESIGN ASSOCIATES, INC., et.al., | ) | NO.   C-07-5754 MMC |
|---|---|---|
| Plaintiffs, | ) | |
| -vs- | ) | ORDER |
| DUX INTERIORS, INC., et.al., | ) | |
| Defendants. | ) | |

A telephonic conference call was held on January 15, 2008. Robert Boulter participated on behalf of the Plaintiffs; Stephen Walters participated on behalf of the Defendants. The Court explained that the Defendant's Motion to Dismiss Complaint (Ct. Rec. 9) has been referred to the undersigned for disposition. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss Complaint (Ct. Rec. 9) shall be noted for telephonic hearing on **Friday February 1, 2008 at 10:30 a.m.** The parties shall call 509.458.6381 to participate in the hearing. Argument shall be limited to one hour.

The Clerk of Court is directed to file this Order and provide copies to counsel.

**DATED** this 15th day of January, 2008.

01-15

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER