**United States District Court**<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON DESIGN ASSOCIATES, INC., et al., | No. C-07-5754 MMC |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| DUX INTERIORS, INC., et al., | |
| Defendant. | |

**YOU ARE NOTIFIED** that the Telephonic Hearing on Defendant's Motion to Dismiss is continued from February 1, 2008 to February 12, 2008 at 1:30 p.m. before the Honorable Wm. Fremming Nielsen. Counsel are to call 509-458-6381.

**FOR THE COURT,**

Richard W. Wieking, Clerk

Dated: January 29, 2008

*Tracy Lucero*
Tracy Lucero, Deputy Clerk