ROBERT S. BOULTER (STATE BAR NO. 153549)
rsb@lb-attorneys.com
PETER C. LAGARIAS, (STATE BAR NO. 77091)
pcl@lb-attorneys.com
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue, San Rafael, CA 94901-1828
Telephone: (415) 460-0100
Fax: (415) 460-1099

Attorneys for Plaintiff Sharyn Johnson

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON DESIGN ASSOCIATES, INC., a California corporation and SHARYN JOHNSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DUX INTERIORS, INC., a New York corporation, BO GUSTAFSSON, an individual<br><br>Defendants. | Case No. 3:07-CV-05754-MMC<br><br>Hon. Maxine M. Chesney<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) Plaintiffs Johnson Design Associates, Inc. and Sharyn Johnson dismiss this action with prejudice and without costs to any party.

1  Defendants have been served with process and have not filed an answer or motion for summary
2  judgment.

Dated: February 13, 2008                LAGARIAS & BOULTER, LLP


                                            /s/ Robert S. Boulter
                                    By:_____
                                            Robert S. Boulter